**U.S.D.J. KIYO A. MATSUMOTO**   **1/22/2024**   **TIME: 11:00 a.m. 1:15 p.m.**

## CRIMINAL CAUSE FOR SENTENCING

<u>DOCKET # 20CR213   **[KAM]**  U.S.A. v.  Tyshawn Corbett (c)</u>

<u>DEFENSE COUNSEL</u>: Walter Mack  (CJA)

<u>A.U.S.A</u>**:   Jonathan Siegel & Genny Ngai**    <u>C/R</u>: Georgette Betts        <u>DEPUTY</u>: **S. Jackson**   <u>Int</u>: **NN**

**X**☐ CASE CALLED.          ☐**X**  DEFENDANT SWORN AND INFORMED OF RIGHTS

**X**☐ SENTENCING HELD.     **X** STATEMENTS OF DEFENDANT AND COUNSEL HEARD

**X**☐ DEFENDANT ENTERED A PLEA OF GUILTY TO COUNTS **4, 8 & 15**  OF THE INDICTMENT.

**X**  DEFENDANT IS SENTENCED ON  **COUNTS 4,  8 & 15 OF THE INDICTMENT**

<u>**INPRISONMENT**</u> :     On Count Four,  Mr. Corbett  shall serve a sentence of 20 years.  On Count Eight, Mr. Corbett shall serve a sentence of 10 years.  On Count Fifteen, Mr. Corbett shall serve a sentence of 15 years. The sentence imposed shall run consecutive for a total of 45 years.

<u>**SUPERVISED RELEASE:**</u>  5 years on Counts 4, 8, and 15 to be served concurrently.

### SPECIAL CONDITIONS

1.  Mr. Corbett shall not associate in person, directly or indirectly, through mail, electronic mail, internet, social media, telephone or any other means with any individual with an affiliation to any organized crime groups, gangs or any criminal enterprise; nor shall Mr. Corbett frequent any establishment, or other locale where these groups may meet or congregate pursuant, but not limited to, a prohibition list provided by the U.S. Attorneys Office to the U.S. Probation Department.

2.  Mr.  Corbett shall submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release. Mr. Corbett shall advise any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that Mr. Corbett has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

3.  Mr. Corbett shall participate in a mental health treatment program, as approved by the Probation Department. He shall contribute to the cost of such services rendered and/or any psychotropic medications prescribed to the degree he is reasonably able to pay for treatment services and shall cooperate in securing any applicable third-party payment.  Mr. Corbett shall disclose all financial information and documents to the Probation Department to assess his ability to
    pay for services.

**OTHER:** **$300.00 Special. Assessment**   $0.00 Fine   $ 0 Restitution   $0 Forfeiture

      Transcript Ordered.

**X** Gov't to return defendant's property, if any.   ___IFP Granted.

**X** Court advised defendant of right to appeal.

**X** Gov't to return defendant's property, if any.

 **X**  Remaining Counts **1-3, 5-7, and 9-14**  are dismissed on the motion of the govt.